Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| ELIZABETH HERNANDEZ, <br><br>    Plaintiff, <br><br> vs. <br><br> ROB KOLKMAN, *et al*., <br><br>    Defendants. | **MOTION FOR PRETRIAL CONFERENCE** <br><br> Case Number: 2:23-cv-00772 <br> Judge: Ann Marie McIff Allen <br> Magistrate Judge: Daphne A. Oberg |
|---|---|

    Plaintiff respectfully requests this Court to schedule a pretrial conference at its earliest convenience pursuant to Rule 16(a) of the Federal Rules of Civil Procedure to set a hearing date on the pending cross-motions for summary judgment and for the other purposes set forth in Rule 16.

    DATED 1/9/2025                    Eric Stephenson
                                                   *Attorney for the Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on 1/9/2025 I served the foregoing MOTION FOR PRETRIAL CONFERENCE to all counsel of record through this Court's electronic filing system.

    /s/ Eric Stephenson
    *Attorney for Plaintiff*