Christopher S. Hill (9931)
David P. Gardner (10096)
Zachary C. Lindley (17261)
**KIRTON McCONKIE**
36 South State Street, #1900
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
chill@kmclaw.com
dgardner@kmclaw.com
zlindley@kmclaw.com

*Attorneys for Defendants Rob Kolkman and Constable Kolkman LLC*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ELIZABETH HERNANDEZ,<br><br>   Plaintiff,<br><br>v.<br><br>ROB KOLKMAN; CONSTABLE KOLKMAN LLC; and JOHN DOES 1-5,<br><br>   Defendants. | **NOTICE OF NON-OPPOSITION TO MOTION FOR PRETRIAL CONFERENCE**<br><br>Case No. 2:23-cv-00772<br><br>District Judge: Ann Marie McIff Allen<br><br>Magistrate Judge: Daphne A. Oberg |

Defendants Rob Kolkman and Constable Kolkman LLC (collectively, "Constable Defendants"), by and through counsel, give notice that they do not oppose Plaintiff's Motion for Pretrial Conference.

DATED this 15th day of January, 2025.

                      **KIRTON McCONKIE**

                      */s/ David Gardner*
                      Christopher S. Hill
                      David P. Gardner
                      Zachary C. Lindley
                      *Attorneys for Defendants Michael W. Erickson,*
                      *Rob Kolkman, Utah Process, Inc., and Constable*
                      *Kolkman LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January, 2025, a true and correct copy of the forgoing **NOTICE OF NON-OPPOSITION TO MOTION FOR PRETRIAL CONFERENCE** was served on the following by the method indicated below:

| | |
|---|---|
| Eric Stephenson | ( ) U.S. Mail, Postage Prepaid |
| STEPHENSON LAW FIRM | (X) E-filing |
| 250 North Red Cliffs Drive, 4B #254 | ( ) Overnight Mail |
| St. George, UT 84790 | ( ) Facsimile |
| ericstephenson@utahjustice.com | |

*/s/ Mary Adamson*

4897-5834-3952.v1