Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| ELIZABETH HERNANDEZ, | **MOTION FOR PRETRIAL CONFERENCE** |
|---|---|
| Plaintiff, | Case Number: 2:23-cv-00772 |
| vs. | Judge: Ann Marie McIff Allen |
| ROB KOLKMAN, *et al*., | Magistrate Judge: Daphne A. Oberg |
| Defendants. | |

Plaintiff respectfully requests this Court to schedule a remote pretrial conference at its earliest convenience pursuant to Rule 16(a) of the Federal Rules of Civil Procedure to set a hearing date on the pending cross-motions for summary judgment, to set a trial date, and for the other purposes set forth in Rule 16.

DATED 3/11/2025                    Eric Stephenson
                                   *Attorney for the Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on 3/11/2025 I served the foregoing MOTION FOR PRETRIAL CONFERENCE to all counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*