Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| ELIZABETH HERNANDEZ, Plaintiff, vs. ROB KOLKMAN, *et al.*, Defendants. | **ORDER FOR PRETRIAL CONFERENCE** <br><br> Case Number: 2:23-cv-00772 <br> Judge: Ann Marie McIff Allen <br> Magistrate Judge: Daphne A. Oberg |
|---|---|

    Plaintiff requested this Court to schedule a pretrial conference at its earliest convenience pursuant to Rule 16(a) of the Federal Rules of Civil Procedure.

    After reviewing the request and for good cause showing, this Court hereby GRANTS Plaintiff's request. The Clerk of the Court is therefore ordered to set a hearing date for the parties to appear remotely under Rule 16(a) for a pretrial conference to set a hearing date on the pending cross-motions for summary judgment, to set a trial date, and for the other purposes set forth in Rule 16.

    DATED _____

                                                         *United States District Judge*

– 2 –

CERTIFICATE OF SERVICE

I hereby certify that on 1/9/2025 I served the foregoing ORDER FOR PRETRIAL CONFERENCE to all counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*