Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| ELIZABETH HERNANDEZ, Plaintiff, vs. ROB KOLKMAN, CONSTABLE KOLKMAN LLC, and JOHN DOES 1-5, Defendants. | **APPENDIX OF EVIDENCE** <br><br> Case Number: 2:23-cv-00772 <br><br> Judge: Ann Marie McIff Allen <br> Magistrate Judge: Daphne A. Oberg |
|---|---|

| **Exhibit No.** | **Title** | **Source** |
|---|---|---|
| P-1 | State Court Complaint | State Court (209913641) |
| P-2 | Default Judgment | State Court (209913641) |
| P-3 | Application for Writ of Execution | State Court (209913641) |
| P-4 | Writ of Execution | State Court (209913641) |
| P-5 | Praecipe | Constable Defendants |
| P-6 | August 16, 2023 Collection Letter | Constable Defendants |
| P-7 | August 21, 2023 Collection Letter | Constable Defendants |
| P-8 | September 9, 2023 Notice of Sale | Constable Defendants |
| P-9 | Court Order Quashing Writ of Execution | Utah Court Xchange |
| P-10 | Requests for Admissions | Constable Defendants |
| P-11 | Requests for Production | Constable Defendants |
| P-12 | First Deposition of Rob Kolkman | Constable Defendants |
| P-13 | Mountain Land Collections Second Interrogatories (Nos. 21-24) | Mountain Land Collections |
| P-14 | Mountain Land Collections First Interrogatories (Nos. 1-20) | Mountain Land Collections |
| P-15 | Deposition of Mountain Land Collections | Mountain Land Collections |
| P-16 | Deposition of Lacey Cherrington | Lacey Cherrington |
| P-17 | Second Deposition of Rob Kolkman | Constable Defendants |

– 2 –

| P-18 | Square Payments Register | Block Inc. |
| P-19 | Payments History | Constable Defendants |
| P-20 | Payment Update Emails | Constable Defendants |
| P-21 | Constable Kolkman LLC Annual Report | State of Utah Department of Commerce |
| P-22 | Certificate of Organization of Constable Kolkman LLC | State of Utah Department of Commerce |

DATED 5/23/2025      <u>Eric Stephenson</u>
*Attorney for the Plaintiff*

– 3 –

CERTIFICATE OF SERVICE

I hereby certify that on 5/23/2025 I served the foregoing APPENDIX OF EVIDENCE to all counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*