# Exhibit P-2

Case 2:23-cv-00772-AMA-DAO   Document 72-3   Filed 05/23/25   PageID.861   Page 1 of 3

The Order of the Court is stated below:
Dated: November 09, 2020 /s/ KENDRA HARRIS
09:56:34 AM District Court Clerk

```
Chip Shaner  (10082)
B. Joseph Beecroft (10424)
OLSON SHANER
Attorneys for Plaintiff
P.O. Box 3898
Salt Lake City, UT  84110
Telephone:  (801)363-9966
Email: olsonshaner@gmail.com
Reference No.    1996045
```

IN THE THIRD DISTRICT COURT, SALT LAKE CITY DEPARTMENT
SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| N.A.R. INC<br><br>        Plaintiff<br>   VS.<br><br>ELIZABETH HERNANDEZ,<br>        Defendant, | DEFAULT JUDGMENT<br><br>Case No. 209913641<br><br>Judge MARK KOURIS |

The Plaintiff having filed its cause of action, the Clerk having entered the default against Defendant(s):

ELIZABETH HERNANDEZ

and upon presentation of evidence of the amounts due Plaintiff by reason of unpaid goods and services, it is hereby:

ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Judgment is entered in favor of Plaintiff and against Defendant(s) as follows:

```
PRINCIPAL BALANCE:                              $ 5397.78
PRE-JUDGMENT INTEREST SINCE 10/29/2019:         $ 0.00
COLLECTION COSTS:                               $ 0.00
COMPLAINT FILING FEE:                           $ 200.00
PROCESS SERVICE FEE:                            $ 22.00
OTHER COURT COSTS:                              $ 0.00
ATTORNEY FEES:                                  $ 350.00
STATUTORY COLLECTION COSTS:                     $ 0.00
TREBLE DAMAGES:                                 $ 0.00
LESS PAYMENTS RECEIVED                         -$ 0.00
LESS ACCOUNT ADJUSTMENTS:                      -$
TOTAL AMOUNT OF JUDGMENT:                       $ 5969.78
```

2. With post-judgment interest accruing on such Total Judgment at 10% plus the federal post-judgment interest rate being 1.53% which is in accordance with Utah Code Ann. 15-1-4(4).

3. This Judgment includes costs and expenses incurred in pursuing the collection of the Judgment and may be augmented for additional attorney's fees pursuant to Rule 73, Utah Rules of Civil Procedure.

****THE SIGNATURE FOR THIS PAPER APPEARS AT THE TOP OF THE FIRST PAGE***

FIRST DEFENDANT
NAME: ELIZABETH HERNANDEZ
ADDRESS: 3849 S GAMMA CIR
MAGNA, UT  84044
DOB: 09/24/1997
SS#: XXX-XX-6631

SECOND DEFENDANT
NAME:
ADDRESS:
,
DOB:
SS#: XXX-XX-