# Exhibit P-3

```
Chip Shaner  (10082)
B. Joseph Beecroft (10424)
OLSON SHANER
Attorneys for Plaintiff
P.O. Box 26617
Salt Lake City, UT 84126
Telephone:866/211-8660
Email: olsonshaner@gmail.com
Reference No.  1996045
```
_____

IN THE THIRD DISTRICT COURT, SALT LAKE CITY  DEPARTMENT
SALT LAKE COUNTY, STATE OF UTAH

_____

| | |
|---|---|
| NAR INC | |
| | APPLICATION FOR |
| | WRIT OF EXECUTION |
| Plaintiff, | |
| v. | |
| ELIZABETH HERNANDEZ | |
| | Case No. 209913641 |
| Defendant(s). | |
| | JUDGE MARK KOURIS |

```
SALT LAKE COUNTY      )
                      :ss
STATE OF UTAH         )
```

Chip Shaner, being first duly sworn, herely applies for a Writ of Execution against:

ELIZABETH HERNANDEZ

and states as follows:

1. I am the attorney for the Plaintiff named above and am acting herein on behalf of the Plaintiff.

2. This Affidavit is made pursuant to Rule 64E(b), Utah Rules of Civil Procedure.

3. That the location of the personal property is:

5049 W CORLYN CIR
SALT LAKE CITY, UT  84120

Estimated value is:  $50.00 or more.

Nature of the property is:  All non-exempt personal

Third party known to Plaintiff to be claiming in trust in the property:  None

property including but not limited to: cash, TV's, stereos, electronic equipment, VCR's, office equipment, cameras, works of art, collections, guns, camping equipment, furniture, livestock, machinery, farm equipment, tools and any and all vehicles.

    4. Pursuant to Rule 73, Utah Rules of Civil Procedure, the Plaintiff is entitled to an additional award of attorney's fees of $25.00.

    5. The original amount on the Judgment was $5969.78 and after applying post Judgment costs, attorney fees, and/or payments received the remaining amount due on the Judgment is $6148.81 and it breaks down as follows:

```
PRINCIPAL BALANCE:                                      $ 5397.78
PREJUDGMENT INTEREST FROM 10/29/2019:                    $ 0.00
COMPLAINT FILING FEE:                                   $ 200.00
PROCESS SERVICE FEE:                                    $ 22.00
OTHER COURT COSTS:                                      $ 0.00
ATTORNEY FEES:                                          $ 350.00
RETURN CHECK FEE:                                       $ 0.00
LESS PAYMENTS RECEIVED THROUGH JUDGMENT:               -$ 0.00
LESS ACCOUNT ADJUSTMENTS:                              -$
TOTAL AMOUNT OF JUDGMENT:                               $ 5969.78
ACCRUED INTEREST FROM JUDGMENT TO DATE:                 $ 204.03
ADDITIONAL COURT COSTS FROM JUDGMENT TO DATE:           $ 185.00
ADDITIONAL ATTORNEY FEES FROM JUDGMENT TO DATE:         $ 100.00
RETURN CHECK FEE FROM JUDGMENT TO DATE:                 $ 0.00
SUBTOTAL:                                               $ 6458.81
PAYMENTS AND/OR ADJUSTMENTS:                           -$ 310.00
```

**TOTAL AMOUNT DUE:**                                   **$ 6148.81**

    Pursuant to Utah Code Title 78B, Chapter 18a, Uniform Unsworn Declarations Act, I declare under criminal penalty of the State of Utah that the foregoing is true and correct.

    DATED this 8 day of August, 2023.

                                       /s/ Chip Shaner
                                       _____
                                       Chip Shaner