# Exhibit P-4

The Order of the Court is stated below:
Dated: August 10, 2023          /s/  CAMI BUTTERFIELD
06:47:38 AM                     District Court Clerk



```
Chip Shaner  (10082)
B. Joseph Beecroft (10424)
OLSON SHANER
Attorneys for Plaintiff
P.O. Box 26617
Salt Lake City, UT 84126
Telephone:866/211-8660
Email: olsonshaner@gmail.com
Reference No.  1996045
------------------------------------------------------------------

     IN THE THIRD DISTRICT COURT, SALT LAKE CITY  DEPARTMENT
               SALT LAKE COUNTY, STATE OF UTAH
------------------------------------------------------------------
                                 |
NAR INC                          |
                                 |   WRIT OF EXECUTION
                                 |
          Plaintiff,             |
                                 |
v.                               |
                                 |   Case No. 209913641
ELIZABETH HERNANDEZ              |
                                 |
                                 |
                                 |
          Defendant(s).          |   JUDGE MARK KOURIS
------------------------------------------------------------------

     TO THE CONSTABLE/SHERIFF IN THE STATE OF UTAH:

     Judgment was  rendered in this action  by the above court on

the date of 11/09/2020, against:

        ELIZABETH HERNANDEZ
        5049 W CORLYN CIR
        SALT LAKE CITY, UT  84120


in favor of Plaintiff in the amount of:

PRINCIPAL BALANCE:                                  $ 5397.78
PREJUDGMENT INTEREST FROM 10/29/2019:                $ 0.00
COMPLAINT FILING FEE:                                $ 200.00
PROCESS SERVICE FEE:                                 $ 22.00
OTHER COURT COSTS:                                   $ 0.00
ATTORNEY FEES:                                       $ 350.00
RETURN CHECK FEE:                                    $ 0.00
LESS PAYMENTS RECEIVED THROUGH JUDGMENT:            -$ 0.00
LESS ACCOUNT ADJUSTMENTS:                           -$
TOTAL AMOUNT OF JUDGMENT:                            $ 5969.78
ACCRUED INTEREST FROM JUDGMENT TO DATE:              $ 204.03
ADDITIONAL COURT COSTS FROM JUDGMENT TO DATE:        $ 185.00
ADDITIONAL ATTORNEY FEES FROM JUDGMENT TO DATE:      $ 100.00
RETURN CHECK FEE FROM JUDGMENT TO DATE:              $ 0.00
SUBTOTAL:                                            $ 6458.81
PAYMENTS AND/OR ADJUSTMENTS:                        -$ 310.00

TOTAL AMOUNT DUE:                                   $ 6148.81
```

with interest on the total amount due at 11.53% per annum as provided by law from the date of judgment until paid, plus after accruing costs and attorney fees.

YOU ARE COMMANDED to collect the judgment, with costs, interest, and fees, and to sell enough of Defendant(s) non-exempt personal property including but not limited to: cash, TV's, stereos, electronic equipment, VCR's, office equipment, cameras, works of art, collections, guns, camping equipment, furniture, livestock, machinery, farm equipment, tools and any and all vehicles to satisfy the same.

This shall be your sufficient warrant for so doing.

Issued under the seal of this Court on the date indicated at the top of the first page of this paper.

****THE SIGNATURE FOR THIS PAPER APPEARS AT THE TOP OF THE FIRST PAGE***

This is a communication from a debt collector.