# Exhibit P-5

Packet from Constable (page 4 of 9) - EH

Chip Shaner  (10082)
B. Joseph Beecroft (10424)
OLSON SHANER
Attorneys for Plaintiff
P.O. Box 26617
Salt Lake City, UT 84126
Telephone:866/211-8660
Email: olsonshaner@gmail.com
Reference No.   1996045

IN THE THIRD DISTRICT COURT, SALT LAKE CITY  DEPARTMENT
SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| NAR INC | PRAECIPE |
| Plaintiff, | |
| v. | Case No. 209913641 |
| ELIZABETH HERNANDEZ | |
| Defendant(s). | JUDGE MARK KOURIS |

TO THE CONSTABLE/SHERIFF IN THE STATE OF UTAH:

YOU ARE HEREBY DIRECTED  to serve and levy the attached Writ of  Execution  upon the  personal  property  described  herein by serving the same upon:

ELIZABETH HERNANDEZ

and  by  taking   into   your   custody  whatever   property  the Defendant(s) may have in the  State of Utah that is not exempt by law.

It is particularly requested  that you proceed to attach and execute on  all non-exempt  personal property  including but  not limited to: cash, TV's, stereos, electronic equipment, VCR's, office  equipment,  cameras,  works  of  art,  collections, guns,

camping equipment, furniture, livestock, machinery, farm equipment, tools and any and all vehicles.

You are hereby directed to take possession of the above described personal property located at:

       5049 W CORLYN CIR
       SALT LAKE CITY, UT  84120

or at any location within the State of Utah where Defendant(s) property can be found.

    DATED: 03/15/2021.

                        OLSON SHANER

                            /s/ Chip Shaner
                        By:_____
                        Chip Shaner
                        Attorneys for Plaintiff

This is a communication from a debt collector.

OA00053