# Exhibit P-6

# CONSTABLE ROB KOLKMAN
750 E 9000 S SUITE B, SANDY, UT 84070     PO BOX 8623, MIDVALE, UT 84047



Phone: (801) 561-9391

8/16/2023

```
HERNANDEZ, ELIZABETH
5049 W CORLYN CIR
SLC, UT 84120
```

This letter is to inform you that a **Writ of** Execution, (an order for my office to collect the judgment or seize and sell your non exempt personal property), has been issued by the court. This is pertaining to a Judgment that has been entered against you.

The balance due on the Judgment is **$6148.81**, PLUS THE COSTS OF THE WRIT OF EXECUTION OF **$259.23**, for a total balance due of **$6408.04**. Please contact this office within 10 days of the date of this letter to make payment arrangements.

Payments must be made by credit/debit card, cash, or certified funds.

Please call this office at: 801-561-9391

Our office mailing address is: PO BOX 8623, MIDVALE, UT 84047

Special handling stipulations are set forth under law for persons who have filed for BANKRUPTCY protection. Please contact us immediately if you have filed for bankruptcy and you believe that this writ is part of a civil claim that is included in that bankruptcy case.

When calling please be prepared to provide the following: tracking number and your name. Call between 8:00 AM and 5:30 PM, Mon - Fri, to make the appropriate arrangements. Failure to do so could result in additional court costs added to your judgment.

Constable Rob Kolkman

DOCKET# 228303