# Exhibit P-7

Case 2:23-cv-00772-AMA-DAO   Document 72-8   Filed 05/23/25   PageID.875   Page 1 of 10

Docket# 228303



**CONSTABLE
ROB KOLKMAN**
750 E 9000 S SUITE B        PO BOX 8623
SANDY, UT 84070             MIDVALE, UT 84047        PHONE: 801-561-9391

NAR INC                                     )
                                            )   Plaintiff
                                            )
                                            )
HERNANDEZ, ELIZABETH                        )
5049 W CORLYN CIR                           )   Case No. 209913641
SLC, UT 84120                               )
                                            )
                                            )   Defendant(s)
                                            )
                                            )
                                            )
                                            )

Here is a tally of the costs involved with the Writ.

| | |
|---|---|
| Original Balance: | $6148.81 |
| Service: | $50.00 |
| Mileage: | $26.00 |
| Commission: | $97.23 |
| Notices: | $60.00 |
| Mileage To Post: | $26.00 |
| Address Search: | |
| Total Due: | $6408.04 |

The attached Writ of Execution is a Court Order for my office to sell enough of your non-exempt personal property to cover the judgment.

Please call my office within ten days to make arrangements to pay the judgment to avoid the sale of your non-exempt personal property.

Any payments made must be made by credit/debit card, cash or certified funds.

Dated  8-21-23

Constable Rob Kolkman

228303  8/17/23
10:02:39 AM

The Order of the Court is stated below:
Dated: August 10, 2023            /s/ CAMI BUTTERFIELD
06:47:38 AM                    District Court Clerk

```
Chip Shaner    (10082)
B. Joseph Beecroft (10424)
OLSON SHANER
Attorneys for Plaintiff
P.O. Box 26617
Salt Lake City, UT 84126
Telephone:866/211-8660
Email: olsonshaner@gmail.com
Reference No.  1996045
```

Date 8-21-23  Time _____
UPON @ Hernandez, Raziel - husband
BY _____
Kolkman Constable LLC, Ogden City Constable
Ph. 801-561-9391

IN THE THIRD DISTRICT COURT, SALT LAKE CITY  DEPARTMENT
SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| NAR INC | WRIT OF EXECUTION |
| Plaintiff, | |
| v. | Case No. 209913641 |
| ELIZABETH HERNANDEZ | |
| Defendant(s). | JUDGE MARK KOURIS |

TO THE CONSTABLE/SHERIFF IN THE STATE OF UTAH:

Judgment was  rendered in this action  by the above court on the date of 11/09/2020, against:

    ELIZABETH HERNANDEZ
    5049 W CORLYN CIR
    SALT LAKE CITY, UT  84120

in favor of Plaintiff in the amount of:

```
PRINCIPAL BALANCE:                                  $ 5397.78
PREJUDGMENT INTEREST FROM 10/29/2019:                $ 0.00
COMPLAINT FILING FEE:                               $ 200.00
PROCESS SERVICE FEE:                                 $ 22.00
OTHER COURT COSTS:                                   $ 0.00
ATTORNEY FEES:                                     $ 350.00
RETURN CHECK FEE:                                    $ 0.00
LESS PAYMENTS RECEIVED THROUGH JUDGMENT:            -$ 0.00
LESS ACCOUNT ADJUSTMENTS:                           -$
TOTAL AMOUNT OF JUDGMENT:                         $ 5969.78
ACCRUED INTEREST FROM JUDGMENT TO DATE:            $ 204.03
ADDITIONAL COURT COSTS FROM JUDGMENT TO DATE:      $ 185.00
ADDITIONAL ATTORNEY FEES FROM JUDGMENT TO DATE:    $ 100.00
RETURN CHECK FEE FROM JUDGMENT TO DATE:              $ 0.00
SUBTOTAL:                                         $ 6458.81
PAYMENTS AND/OR ADJUSTMENTS:                      -$ 310.00
```

**TOTAL AMOUNT DUE:**                                  **$ 6148.81**

with interest on the total amount due at 11.53% per annum as provided by law from the date of judgment until paid, plus after accruing costs and attorney fees.

YOU ARE COMMANDED to collect the judgment, with costs, interest, and fees, and to sell enough of Defendant(s) non-exempt personal property including but not limited to: cash, TV's, stereos, electronic equipment, VCR's, office equipment, cameras, works of art, collections, guns, camping equipment, furniture, livestock, machinery, farm equipment, tools and any and all vehicles to satisfy the same.

This shall be your sufficient warrant for so doing.

Issued under the seal of this Court on the date indicated at the top of the first page of this paper.

> ****THE SIGNATURE FOR THIS PAPER APPEARS AT THE TOP OF THE FIRST PAGE***

This is a communication from a debt collector.

Chip Shaner  (10082)
B. Joseph Beecroft (10424)
OLSON SHANER
Attorneys for Plaintiff
P.O. Box 26617
Salt Lake City, UT 84126
Telephone:866/211-8660
Email: olsonshaner@gmail.com
Reference No.   1996045

IN THE THIRD DISTRICT COURT, SALT LAKE CITY   DEPARTMENT
SALT LAKE COUNTY, STATE OF UTAH

| NAR INC | |
|---|---|
| | PRAECIPE |
| Plaintiff, | |
| v. | |
| | Case No. 209913641 |
| ELIZABETH HERNANDEZ | |
| Defendant(s). | JUDGE MARK KOURIS |

TO THE CONSTABLE/SHERIFF IN THE STATE OF UTAH:

YOU ARE HEREBY DIRECTED  to serve and levy the attached Writ of Execution upon the personal property described herein by serving the same upon:

ELIZABETH HERNANDEZ

and by taking into your custody whatever property the Defendant(s) may have in the State of Utah that is not exempt by law.

It is particularly requested that you proceed to attach and execute on all non-exempt personal property including but not limited to: cash, TV's, stereos, electronic equipment, VCR's, office equipment, cameras, works of art, collections, guns,

camping equipment, furniture, livestock, machinery, farm equipment, tools and any and all vehicles.

You are hereby directed to take possession of the above described personal property located at:

    5049 W CORLYN CIR
    SALT LAKE CITY, UT  84120

or at any location within the State of Utah where Defendant(s) property can be found.

    DATED: 03/15/2021.

                              OLSON SHANER

                              /s/ Chip Shaner
                        By:_____
                        Chip Shaner
                        Attorneys for Plaintiff

    This is a communication from a debt collector.

```
Chip Shaner   (10082)
B. Joseph Beecroft (10424)
OLSON SHANER
Attorneys for Plaintiff
P.O. Box 26617
Salt Lake City, UT 84126
Telephone:866/211-8660
Email: olsonshaner@gmail.com
Reference No.   1996045
```

IN THE THIRD DISTRICT COURT, SALT LAKE CITY  DEPARTMENT
SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| NAR INC | REQUEST OF HEARING |
| Plaintiff, | |
| v. | Case No. 209913641 |
| ELIZABETH HERNANDEZ | |
| Defendant(s). | JUDGE MARK KOURIS |

1. Complete paragraph one if you claim the property executed upon is exempt:

( ___ ) (a) The Property which has been executed upon is exempt from execution because it is (Check applicable boxes):
    ( __ ) Homestead up to the amount allowed by law
    ( __ ) A motor vehicle used in trade or business and having a value below allowed by law
    ( __ ) Tools of the trade
    ( __ ) Social Security Benefits
    ( __ ) Supplemental Security Income
    ( __ ) Veterans' Benefits
    ( __ ) Unemployment Benefits
    ( __ ) Worker's Compensation Benefits
    ( __ ) Public Assistance (Welfare)
    ( __ ) Alimony or Child Support
    ( __ ) Pensions
    ( __ ) Wages or other earnings from personal services
    ( __ ) Owned by another person
    ( __ ) Only partly owned by me
    ( __ ) Certain tools of the trade below the value allowed by law
    ( __ ) Certain furnishings and appliances
    ( __ ) Certain musical instruments
    ( __ ) Certain heirlooms
    ( __ ) Other (describe):_____

(__) (b) Check if applicable: I have attached copies of the documents that show that my property is exempt.

2. Complete paragraph two if you believe the Writ of Execution was improperly issued.

(__) (a) I believe that the Writ of Execution was issued improperly. (Explain) _____
_____

(__) (b) Check if applicable: I claim ownership of all or part of the property taken and I am not one of the persons against whom a judgment has been entered.

(__) (c) Check if applicable: I do not own the property taken.

I REQUEST THAT THIS MATTER BE SET FOR A HEARING.

THE STATEMENTS MADE IN THIS REQUEST ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED this ___ day of _____, 2023.

_____          _____
       SIGNATURE                        ADDRESS


_____          _____
       TELEPHONE                   CITY, STATE, ZIP CODE

This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

2

NOTICE OF EXECUTION, EXEMPTIONS AND RIGHT TO A HEARING.

IMPORTANT: YOUR PROPERTY MAY BE TAKEN TO PAY A CREDITOR. PLEASE READ THIS CAREFULLY.

The attached Writ of Execution has been issued on request of a judgment creditor (the Plaintiff) who sued you and won and got a judgment against you. This means that land or personal property owned by you may be taken by the Plaintiff to pay a judgment against you.

The law provides that certain property cannot be taken to pay judgments. Such property is said to be exempt. The following is a partial list of funds that are exempt:

1. A homestead up to the amount allowed by law (see Utah Code, Section 78-23-4 regarding the proper procedure to declare and file a homestead)
2. A motor vehicle used in trade or business up to the amount allowed by law
3. Tools of the trade up to the amount allowed by law
4. Security Benfits
5. Supplemental Security Income Benefits (SSI)
6. Veteran's Benefits
7. Unemployment Benefits
8. Workers Compensation Benefits
9. Public Assistance (Welfare)
10. Alimony or Child Support
11. Certain Pensions
12. Part of all of wages or other earnings from personal services
13. Certain furnishings and appliances
14. Certain musical instruments
15. Certain heirlooms

This is a partial list and other various property exemptions may be available under federal law or the Utah Exemption Statute. You may want to review the Utah Exemption Statute (Section 78-23 of the Utah Code) for other possible exemptions.

There is no exemption solely because you are having difficulty paying your debts.

The above exemptions may not apply to judgments for alimony and child support.

If there is a co-owner of the property taken, you or the co-owner should request a hearing.

IF THE PROPERTY DOES NOT BELONG TO YOU, OR IF YOU ARE AWARE OF OTHER REASONS WHY THIS PROPERTY SHOULD NOT BE TAKEN, YOU OR THE OWNER OF THE PROPERTY MAY WANT TO CONSULT AN ATTORNEY.

Because of the execution, the sheriff or constable has siezed your property and will deliver it to the Plaintiff or sell it.

If you believe that the Writ of Execution was issued improperly, or you are entitled to an exemption, DO THE FOLLOWING IMMEDIATELY. You have a deadline of fifteen (15) days from the date the Plaintiff mailed or delivered this notice to you.

   1. Check the appropriate box(es) in paragraph one of the "Request for Hearing."
   2. Sign your name in the space indicated and write the address where the Court clerk is to notify you of the hearing.
   3. Mail or take the "Request for Hearing" to the Court Clerk and to the Plaintiff or the Plaintiff's attorney within fifteen (15) days from the date this notice was mailed or delivered to you. Keep the second copy of the "Request for Hearing" for your records. The Court Clerk will set the matter for hearing and notify you. You have a right to a hearing within ten (10) days from the date the Court Clerk receives your claim. At the hearing in Court, you will have to prove that your property is exempt or the Writ of Execution was not properly issued. You should bring any documents which may help to prove your claim.

A KNOWINGLY-MADE FALSE STATEMENT ON THE FORM MAY SUBJECT YOU TO CRIMINAL PENALTIES.

   You may want to consult an attorney for advice or assistance concerning the hearing. If you do not come to Court at the designated time and prove that the execution was issued improperly, or that your property is exempt, you may lose some of your rights.
   If you do not request a hearing within the time specified above, but believe that the execution was issued improperly, or that you are entitled to an exemption, you should consult an attorney.

   This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

2