# Exhibit P-8



CONSTABLE
ROB KOLKMAN
750 E 9000 S SUITE B
SANDY, UT 84070

PO BOX 8623
MIDVALE, UT 84047      PHONE: 801-561-9391

NAR INC                                      Plaintiff(s)

HERNANDEZ, ELIZABETH                         Case No. 209913641
5049 W CORLYN CIR
SLC, UT 84120

                                             Defendant(s)

PLEASE TAKE NOTE OF THE ATTACHED SALE NOTICE

Sincerely,

Rob Kolkman
Constable

When sending payment or calling in reference to this letter, please refer to DOCKET #   228303.

Sale fees may have been added to the total judgment.

                              Signed:__Constable Rob Kolkman____

**Docket: 228303**

228303 9/15/23 10:43:36



CONSTABLE
ROB KOLKMAN
750 E 9000 S SUITE B          PO BOX 8623
SANDY, UT 84070               MIDVALE, UT 84047        PHONE: 801-561-9391

# Notice of Sale

## PERSONAL PROPERTY

DATE: 10/6/2023     TIME: 15:50

NOTICE IS HEREBY GIVEN

that all of the right, title and interest of the defendant in the property listed below may be sold at public auction to the highest bidder at the place and time listed.

Property may be added or deleted at the time of sale or before.
SALE IS SUBJECT TO CANCELLATION

**PAYMENT MAY BE MADE BY CARD, CASH OR CERTIFIED FUNDS**

1996045     **CONTACT THIS OFFICE IMMEDIATELY TO MAKE A PAYMENT OR ARRANGEMENTS TO CANCEL THE SALE**

PLAINTIFF: NAR INC
DEFENDANT: HERNANDEZ, ELIZABETH
CASE: 209913641
PLACE: 5049 W CORLYN CIR
SLC

PROPERTY:

Any and all non exempt personal property.

Including, but not limited to, non exempt TV's, stereos, electronic equipment, DVD's and players, office equipment, cameras, art, collections, guns, camping equipment, livestock, machinery, farm equipment, tools and any and all non exempt vehicles.

228303
NAR