# Exhibit P-9

The Order of the Court is stated below:
Dated: October 02, 2023 10:56:03 AM    /s/ MARK KOURIS
                                         District Court Judge



Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Elizabeth Hernandez*

IN THE THIRD JUDICIAL DISTRICT COURT
SALT LAKE COUNTY, STATE OF UTAH
SALT LAKE CITY DEPARTMENT

| | |
|---|---|
| N.A.R. Inc., <br>     Plaintiff, <br> vs. <br> Elizabeth Hernandez, <br>     Defendant. | **ORDER QUASHING WRIT OF EXECUTION** <br><br> Case No. 209913641 <br><br> Judge: Mark Kouris |

The Court, after reviewing the arguments presented and for good cause appearing, hereby QUASHES AND VACATES the Writ of Execution entered in this case for the reasons set forth in Elizabeth Hernadez' Motion to Quash. N.A.R. Inc., is using the Writ to collect against the wrong person who is not a party to this case, was never served with notice, and has no liability whatsoever for the indebtedness at issue. The Writ of Execution is therefore void, quashed, and vacated.

-------------------------------------- END OF ORDER --------------------------------------
Pursuant to Rule 10(e) of the Utah Rules of Civil Procedure, the Court signature and date appear at the top of the first page.