# Exhibit P-21



| Filed in the Office of<br><br>*Adam Watson*<br><br>Director, Division of Corporations and Commercial Code<br><br>Filed in the State of Utah | Filing Number<br>**241228138409B**<br>Filed On<br>**December 28, 2024**<br>Entity ID<br>**13187356-0160**<br>Number of Pages<br>1 |
|---|---|

# State of Utah
## Department of Commerce
## Division of Corporations and Commercial Code

**Domestic Limited Liability Company -  Annual Report / Renewal with changes**

### ENTITY INFORMATION
Entity Name: CONSTABLE KOLKMAN LLC
Entity Number: 13187356-0160
Effective Date: December 28, 2024
Effective Time: 11:49 AM

### BUSINESS DETAILS

### FILING DETAILS

**PRINCIPAL OFFICE INFORMATION:**
**Principal Office Address:** 750 E 9000 S, Sandy, UT 84070
**Mailing Address:** 750 E 9000 S, Sandy, UT 84070

**REGISTERED AGENT**
**Agent Type:** Entity
**Name:** DWAYNE A VANCE
**Address:** 2700 HOMESTEAD ROAD, SUITE 215, Park City, UT 84098

**ACTIVE PRINCIPAL INFORMATION**
**Title:** Manager
**Name:** ROB KOLKMAN
**Address:** 750 E 9000 S, Sandy, UT 84070

**SUPORTING DOCUMENTATION**
No Supporting Documentation Provided.

**REQUIRED SIGNATURES**

- **Electronic Signature:** Dwayne A Vance
  **Title/Capacity:** Attorney & Registered Agent