Exhibit P-22

Amount Paid:    $54.00

RECEIVED

DEC 29 2022

Utah Div. of Corp. & Comm. Code

# CERTIFICATE OF ORGANIZATION
## OF
# CONSTABLE KOLKMAN LLC

The undersigned hereby establishes a limited liability company pursuant to the Utah Revised Uniform Limited Liability Company Act, codified in Chapter 3a of Title 48 of the Utah Code, and any amendments thereto or successor acts (the "Act"), and adopts the following Certificate of Organization:

**1. Name.** The name of the limited liability company established hereby is Constable Kolkman LLC (the "Company").

**2. Principal Office.** The address of the Company's principal office is as follows.

> 1220 North 500 West
> Lehi, Utah 84043

**3. Registered Agent and Registered Office.** The name and address of the Company's initial registered agent are as follows.

> Dwayne A Vance (Commercial Registered Agent No. 7225706-0251)
> 2700 Homestead Road, Suite 215
> Park City, Utah 84098

**4. Manager-Managed Company.** Initially, the Company shall be managed by a single Manager, but the number of Managers may change from time-to-time as provided in the Operating Agreement. Any contract or other written document to which the Company is a party or is otherwise bound shall be signed by at least one Manager. The name and address of the Company's initial Manager are as follows.

> Rob Kolkman
> 1220 North 500 West
> Lehi, Utah 84043

**5. Operating Agreement.** Each Member and each person who acquires an interest in the profits of the Company shall be subject to and shall be bound by the terms of the Operating Agreement, which shall provide for the regulation and management of the affairs of the Company in a manner not inconsistent with the Act, other applicable law, or this Certificate.

Dated: December 29, 2022.

_____
Rob Kolkman, Organizer

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed and approved on this ___29___ day of _RC_ 20_22_
In this office of this Division and hereby issued
This Certificate thereof.

Examiner _____PSD_____    Date _1·5·23_

_X. Veillette_
Leigh Veillette
Division Director

DEC 29 '22 PM 2:25

13187 356-0160