Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| ELIZABETH HERNANDEZ,<br><br>         Plaintiff,<br><br>vs.<br>ROB KOLKMAN,<br>CONSTABLE KOLKMAN LLC, and JOHN DOES 1-5,<br><br>         Defendants. | **NOTICE OF FILING ELECTRONIC EXHIBIT**<br><br>Case Number: 2:23-cv-00772<br><br>Judge: Ann Marie McIff Allen |

Plaintiff respectfully notifies this Court, the parties, and all other interested persons of delivery of Exhibit P-18 contained on two USB drives to this Court by mail and the same files to opposing counsel by email.

DATED 5/23/2025                    Eric Stephenson
                                   *Attorney for the Plaintiff*

CERTIFICATE OF SERVICE

  I hereby certify that on 5/23/2025 I served the foregoing NOTICE OF FILING ELECTRONIC EXHIBIT to all counsel of record through this Court's electronic filing system.

                 /s/ Eric Stephenson
                 *Attorney for Plaintiff*