

SHIP TO:
351 S WEST TEMPLE
SALT LAKE CITY UT 84101-1908

C002

USPS TRACKING® #

9505 5264 9841 5143 5439 53

STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790

United States District Court
District of Utah
Orrin G. Hatch Courthouse
351 S. West Temple St.,
Room 1.100
Salt Lake City, UT 84101

FROM:

FRAGILE

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

WHEN USED INTERNATIONALLY, A CUSTOMS
DECLARATION LABEL MAY BE REQUIRED.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14B © U.S. Postal Service; October 2023; All rights reserved.



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED


PS00001000012

EP14B October 2023
OD: 10 x 6

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



US POSTAGE IMI S2322K500670  2000051687
$10.10
CPU
PRSE
05/23/25   Mailed from: 84790   028W2311065

PRIORITY MAIL®   0 Lb 1.90 Oz   RDC 03

EXPECTED DELIVERY DAY: 05/27/25

FRAGILE

**VISIT US**
**ORDER FREE SUPPLIES ONLINE**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.