Mark A. Nickel (14082)
Tyler Martin (13551)
Ryan L. Anderson (18670)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W South Temple, Suite 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9989
mnickel@grsm.com
tymartin@grsm.com
rlanderson@grsm.com

*Attorneys for Defendants Rob Kolkman and Constable Kolkman LLC*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **ELIZABETH HERNANDEZ,**<br><br>Plaintiff,<br><br>vs.<br><br>**ROB KOLKMAN, CONSTABLE KOLKMAN LLC, and JOHN DOES 1-5,**<br><br>Defendants. | STIPULATED MOTION FOR EXTENSION OF TIME FOR KOLKMAN DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT<br><br>Case No. 2:23-cv-00772<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge: Daphne A. Oberg |

The Court, having reviewed the Stipulated Motion for Extension of Time for Defendants Rob Kolkman and Constable Kolkman, LLC (collectively, the "Kolkman Defendants") to Respond to Plaintiff's Motion for Partial Summary Judgement, and for good cause appearing, HEREBY GRANTS the Stipulated Motion and ORDERS Kolkman Defendants to respond to Plaintiff's Motion for Summary Judgement on or before June 30, 2025.

**DATED** this 18th day of June, 2025.

BY THE COURT:

_____
District Judge Jill N. Parrish