Mark A. Nickel (14082)
J. Tyler Martin (13551)
Ryan L. Anderson (18670)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W South Temple, Suite 1600
Salt Lake City, UT  84101
Phone: (801) 204-9990
Facsimile: (385) 282-7590
mnickel@grsm.com
tmartin@grsm.com
rlanderson@grsm.com

*Attorneys for Defendant Rob Kolkman and Constable Kolkman LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| ELIZABETH HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN, CONSTABLE KOLKMAN LLC, and JOHN DOES 1-5,<br><br>    Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME FOR KOLKMAN DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT**<br><br>Case Number: 2:23-cv-00772<br>Judge: Jill N. Parrish<br>Magistrate Judge: Daphne A. Oberg |

Plaintiff Elizabeth Hernandez and Defendants Rob Kolkman and Constable Kolkman, LLC (collectively, the "Kolkman Defendants"), by and through their respective counsel, hereby jointly submit this Stipulated Motion for Extension of Time for the Kolkman Defendants to serve their Response to Plaintiff's Motion for Partial Summary Judgement.  The parties have conferred and agreed to a short extension.  The Kolkman Defendants request, and Plaintiff does not oppose, an extension of the deadline to respond to Plaintiff's Motion for Partial Summary Judgement up to and including July 7, 2025.

This stipulated extension is made in good faith and not for the purposes of delay.  No party will be prejudiced by the requested extension.

WHEREFORE, the parties respectfully request that the Court enter an order extending the Kolkman Defendants' deadline to respond to Plaintiff's Partial Motion for Summary Judgement to July 7, 2025.

DATED: 6/27/2025

/s/ Eric Stephenson
*Attorney for Plaintiff*

/s/ Ryan L. Anderson
*Attorney for Rob Kolkman and Constable Kolkman LLC*

CERTIFICATE OF SERVICE

I hereby certify that on 6/27/2025 I delivered the foregoing STIPULATED MOTION FOR EXTENSION OF TIME FOR KOLKMAN DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT to Plaintiff's counsel of record by email.

/s/ Ryan L. Anderson
*Attorney for Kolkman Defendants*

STIPULATED MOTION FOR EXTENSION OF TIME FOR KOLKMAN DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT

– 3 –