# **OATH OF OFFICE**

I do solemnly swear that I will support, obey and defend the Constitution of the United States and the Constitution of the State of Utah, and that I will discharge the duties of my office with fidelity.

_____
Rob Kolkman
Ogden City Constable

Subscribed and sworn to before me this 7th day of July, 2009.

_____
Cindi Mansell
Ogden City Recorder

EXHIBIT B

CONSTABLE000091



# Utah Peace Officer Standards and Training
*hereby certifies that*

## Rob Kolkman

*as having fulfilled the requirements for the exercise of peace officer authority in the State of Utah as a*

## Special Function Officer

02/25/1983
Issued

*Deputy Director*

0002-1090
POST ID

This document only verifies that the recipient's certification was issued.
This document does not guarantee the recipient's certification is active or valid.

CONSTABLE000092



# Utah Peace Officer Standards and Training

*hereby certifies that*

## Rob Kolkman

*as having fulfilled the requirements for the exercise of peace officer authority in the State of Utah as a*

## Law Enforcement Officer

11/20/1985
Issued

Deputy Director

0002-1090
POST ID

This document only verifies that the recipient's certification was issued.
This document does not guarantee the recipient's certification is active or valid.

CONSTABLE000093