Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| ELIZABETH HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN, CONSTABLE KOLKMAN LLC, and JOHN DOES 1-5,<br><br>Defendants. | **EX PARTE MOTION FOR OVERLENGTH MEMORANDUM**<br><br>Case Number: 2:23-cv-00772<br><br>Judge: Ann Marie McIff Allen<br>Magistrate Judge: Daphne A. Oberg |
|---|---|

Plaintiff respectfully requests this Court to permit Plaintiff to file a Reply Memorandum in Support of Motion for Partial Summary Judgment that exceeds the 20-page limit by six additional pages for a total of 26 pages plus a Table of Contents page pursuant to DUCivR 7-1.

Plaintiff's introduction, arguments, and conclusion consist of only 17 pages and are therefore contained well-within this Court's normal 20-page requirement. The additional pages are only necessary to accommodate Plaintiff's responses to Defendant' Statement of Additional Material Facts and to provide citations to the record to establish how those statements are contradicted by the evidence, improper under established law, or otherwise immaterial.

Plaintiff's Reply must address these issues thoroughly in order to assist the Court in resolving the motion on a full and accurate record. Despite diligent

– 2 –

efforts to condense the reply, Plaintiff cannot fully and fairly respond within the 20-page limit without sacrificing clarity or omitting necessary information.

    Plaintiff therefore respectfully submits that a 26-page reply is both reasonable and appropriate under the circumstances, and that no party will be prejudiced by the additional length.

DATED 7/17/2025                        Eric Stephenson
                                                 *Attorney for the Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on 7/17/2025 I served the foregoing EX PARTE MOTION FOR OVERLENGTH MEMORANDUM to all counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*