Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| ELIZABETH HERNANDEZ, Plaintiff, vs. ROB KOLKMAN, CONSTABLE KOLKMAN LLC, and JOHN DOES 1-5, Defendants. | **ORDER GRANTING OVERLENGTH MEMORANDUM** Case Number: 2:23-cv-00772 Judge: Ann Marie McIff Allen Magistrate Judge: Daphne A. Oberg |
|---|---|

Plaintiff requested this Court to permit her to file a Reply Memorandum in Support of Motion for Partial Summary Judgment that exceeds the 20-page limit by six additional pages for a total of 26 pages plus a Table of Contents page pursuant to DUCivR 7-1.

After reviewing the arguments presented and for good cause appearing, this Court GRANTS Plaintiff's request. The page limitation for Plaintiff's Reply Memorandum shall therefore be expanded to 26-pages plus a Table of Contents page as that is both reasonable and appropriate under the circumstances and no party will be prejudiced by the additional length.

DATED 7/18/2025           BY THE COURT

_____
Ann Marie McIff Allen
United States District Judge

– 2 –

CERTIFICATE OF SERVICE

I hereby certify that on 7/17/2025 I served the foregoing ORDER GRANTING OVERLENGTH MEMORANDUM to all counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*