Exhibit P-4

 **CONSTABLE**
**ROB KOLKMAN**
750 E 9000 S SUITE B     PO BOX 8623
SANDY, UT 84070          MIDVALE, UT 84047     PHONE: 801-561-9391

NAR INC
                              Plaintiff      )
                                             )
                                             )
                                             )
HERNANDEZ, ELIZABETH                         )
5049 W CORLYN CIR                            )   Case No. 209913641
SLC, UT 84120                                )
                                             )
                           Defendant(s)      )
                                             )
                                             )
                                             )
                                             )

Here is a tally of the costs involved with the Writ.

| | |
|---|---|
| Original Balance: | $6148.81 |
| Service: | $50.00 |
| Mileage: | $26.00 |
| Commission: | $97.23 |
| Notices: | $60.00 |
| Mileage To Post: | $26.00 |
| Address Search: | |
| Total Due: | $6408.04 |

The attached Writ of Execution is a Court Order for my office to sell enough of
your non-exempt personal property to cover the judgment.

Please call my office within ten days to make arrangements to pay the judgment to
avoid the sale of your non-exempt personal property.

Any payments made must be made by credit/debit card, cash or certified funds.

Dated  ⸏·⸏1·⸏⸏

Constable Rob Kolkman

228303  8/17/23
10:02:39 AM

The Order of the Court is stated below:
Dated: August 10, 2023        /s/ CAMI BUTTERFIELD
            06:47:38 AM           District Court Clerk



Chip Shaner  (10082)
B. Joseph Beecroft (10424)
OLSON SHANER
Attorneys for Plaintiff
P.O. Box 26617
Salt Lake City, UT 84126
Telephone:866/211-8660
Email: olsonshaner@gmail.com
Reference No.  1996045

        ...ne  8·31·23   Time
UPON  P.Hernandez, Raziel - husband
BY _____
Kolkman Constable LLC, Ogden City Constable
Ph. 801-561-9391

---------------------------------------------------------------

        IN THE THIRD DISTRICT COURT, SALT LAKE CITY  DEPARTMENT
            SALT LAKE COUNTY, STATE OF UTAH
---------------------------------------------------------------

NAR INC                      |
                             |   WRIT OF EXECUTION
                             |
         Plaintiff,          |
                             |
v.                           |
                             |   Case No. 209913641
ELIZABETH HERNANDEZ          |
                             |
                             |
         Defendant(s).       |   JUDGE MARK KOURIS
---------------------------------------------------------------

    TO THE CONSTABLE/SHERIFF IN THE STATE OF UTAH:

    Judgment was  rendered in this action  by the above court on

the date of 11/09/2020, against:

        ELIZABETH HERNANDEZ
        5049 W CORLYN CIR
        SALT LAKE CITY, UT  84120


in favor of Plaintiff in the amount of:

PRINCIPAL BALANCE:                                  $ 5397.78
PREJUDGMENT INTEREST FROM 10/29/2019:                $ 0.00
COMPLAINT FILING FEE:                               $ 200.00
PROCESS SERVICE FEE:                                 $ 22.00
OTHER COURT COSTS:                                    $ 0.00
ATTORNEY FEES:                                      $ 350.00
RETURN CHECK FEE:                                     $ 0.00
LESS PAYMENTS RECEIVED THROUGH JUDGMENT:            -$ 0.00
LESS ACCOUNT ADJUSTMENTS:                           -$
TOTAL AMOUNT OF JUDGMENT:                           $ 5969.78
ACCRUED INTEREST FROM JUDGMENT TO DATE:             $ 204.03
ADDITIONAL COURT COSTS FROM JUDGMENT TO DATE:       $ 185.00
ADDITIONAL ATTORNEY FEES FROM JUDGMENT TO DATE:     $ 100.00
RETURN CHECK FEE FROM JUDGMENT TO DATE:               $ 0.00
SUBTOTAL:                                           $ 6458.81
PAYMENTS AND/OR ADJUSTMENTS:                        -$ 310.00

**TOTAL AMOUNT DUE:**                                **$ 6148.81**

with interest  on the  total amount  due at  11.53%  per annum as
provided by law from  the date of judgment until paid, plus after
accruing costs and attorney fees.

    YOU  ARE  COMMANDED to  collect  the  judgment,  with costs,
interest, and fees, and to sell enough of Defendant(s) non-
exempt personal property including but not limited to: cash,
TV's, stereos, electronic equipment, VCR's, office equipment,
cameras, works of art, collections, guns, camping equipment,
furniture, livestock, machinery, farm equipment, tools and any
and all vehicles to satisfy the same.

    This shall be your sufficient  warrant for so doing.

    Issued  under  the  seal of  this Court on the date indicated
at the top of the first page of this paper.

              ****THE SIGNATURE FOR THIS PAPER APPEARS AT THE
              TOP OF THE FIRST PAGE***

    This is a communication from a debt collector.

2

Chip Shaner  (10082)
B. Joseph Beecroft (10424)
OLSON SHANER
Attorneys for Plaintiff
P.O. Box 26617
Salt Lake City, UT 84126
Telephone:866/211-8660
Email: olsonshaner@gmail.com
Reference No.  1996045

IN THE THIRD DISTRICT COURT, SALT LAKE CITY  DEPARTMENT
SALT LAKE COUNTY, STATE OF UTAH

| NAR INC | | PRAECIPE |
|---|---|---|
| | Plaintiff, | |
| v. | | |
| ELIZABETH HERNANDEZ | | Case No. 209913641 |
| | Defendant(s). | JUDGE MARK KOURIS |

TO THE CONSTABLE/SHERIFF IN THE STATE OF UTAH:

YOU ARE HEREBY DIRECTED  to serve and levy the attached Writ
of  Execution  upon  the  personal  property  described  herein  by
serving the same upon:

ELIZABETH HERNANDEZ

and  by  taking  into  your  custody  whatever  property  the
Defendant(s) may have in the  State of Utah that is not exempt by
law.

It is particularly requested  that you proceed to attach and
execute on  all non-exempt  personal property  including but  not
limited to: cash, TV's,  stereos,  electronic equipment, VCR's,
office  equipment,  cameras,  works  of  art,  collections, guns,

camping   equipment,   furniture,   livestock,   machinery,   farm
equipment, tools and any and all vehicles.

    You  are hereby  directed  to take  possession  of the  above
described personal property located at:

                    5049 W CORLYN CIR
                    SALT LAKE CITY, UT   84120

or at any location within the State of Utah where Defendant(s)
property can be found.

    DATED: 03/15/2021.

                        OLSON SHANER

                              /s/ Chip Shaner
                        By:_____
                        Chip Shaner
                        Attorneys for Plaintiff

    This is a communication from a debt collector.

                              2

Chip Shaner  (10082)
B. Joseph Beecroft (10424)
OLSON SHANER
Attorneys for Plaintiff
P.O. Box 26617
Salt Lake City, UT 84126
Telephone:866/211-8660
Email: olsonshaner@gmail.com
Reference No.  1996045

IN THE THIRD DISTRICT COURT, SALT LAKE CITY  DEPARTMENT
SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| NAR INC | REQUEST OF HEARING |
| Plaintiff, | |
| v. | |
| ELIZABETH HERNANDEZ | Case No. 209913641 |
| Defendant(s). | JUDGE MARK KOURIS |

1.  Complete  paragraph one  if you  claim the  property executed
upon is exempt:

(___) (a) The Property which  has been executed  upon is exempt
from execution because it is (Check applicable boxes):
(___)  Homestead up to the amount allowed by law
(___)  A motor vehicle  used in trade  or business and
having a value below allowed by law
(___)  Tools of the trade
(___)  Social Security Benefits
(___)  Supplemental Security Income
(___)  Veterans' Benefits
(___)  Unemployment Benefits
(___)  Worker's Compensation Benefits
(___)  Public Assistance (Welfare)
(___)  Alimony or Child Support
(___)  Pensions
(___)  Wages or other earnings from personal services
(___)  Owned by another person
(___)  Only partly owned by me
(___)  Certain  tools  of  the trade  below  the value
allowed by law
(___)  Certain furnishings and appliances
(___)  Certain musical instruments
(___)  Certain heirlooms
(___)  Other (describe):_____

(__) (b) Check if applicable: I have attached copies of the documents that show that my property is exempt.

2. Complete paragraph two if you believe the Writ of Execution was improperly issued.

(__) (a) I believe that the Writ of Execution was issued improperly. (Explain) _____

_____

(__) (b) Check if applicable: I claim ownership of all or part of the property taken and I am not one of the persons against whom a judgment has been entered.

(__) (c) Check if applicable: I do not own the property taken.

I REQUEST THAT THIS MATTER BE SET FOR A HEARING.

THE STATEMENTS MADE IN THIS REQUEST ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED this ____ day of _____, 2023.

_____        _____
SIGNATURE                              ADDRESS

_____        _____
TELEPHONE                          CITY, STATE, ZIP CODE

This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

2

NOTICE OF EXECUTION, EXEMPTIONS AND RIGHT TO A HEARING.

IMPORTANT:  YOUR PROPERTY MAY BE  TAKEN TO PAY A CREDITOR. PLEASE
READ THIS CAREFULLY.

The attached  Writ of Execution  has been  issued on request
of a judgment  creditor (the Plaintiff) who  sued you and won and
got a  judgment against  you. This means  that land  or personal
property owned  by you  may be  taken by  the Plaintiff to  pay a
judgment against you.
The law provides that certain property cannot be taken to pay
judgments.  Such property is said to be exempt.  The following is
a partial list of funds that are exempt:

1.  A homestead up to  the amount allowed  by law (see
    Utah Code,  Section 78-23-4  regarding the  proper
    procedure to declare and file a homestead)
2.  A motor  vehicle used  in trade or  business up to
    the amount allowed by law
3.  Tools of the trade up to the amount allowed by law
4.  Security Benfits
5.  Supplemental Security Income Benefits (SSI)
6.  Veteran's Benefits
7.  Unemployment Benefits
8.  Workers Compensation Benefits
9.  Public Assistance (Welfare)
10.  Alimony or Child Support
11.  Certain Pensions
12.  Part of  all of  wages or  other earnings  from
    personal services
13.  Certain furnishings and appliances
14.  Certain musical instruments
15.  Certain heirlooms

This is a partial list and  other various property exemptions
may be available under federal  law or the Utah Exemption Statute.
You may want to  review the Utah Exemption  Statute (Section 78-23
of the Utah Code) for other possible exemptions.
There is no exemption solely because you are having difficul-
ty paying your debts.
The above exemptions  may not apply to  judgments for alimony
and child support.
If there is a co-owner  of the property taken, you or the co-
owner should request a hearing.

IF THE  PROPERTY DOES NOT  BELONG TO YOU,  OR IF YOU  ARE AWARE OF
OTHER REASONS WHY  THIS PROPERTY SHOULD  NOT BE TAKEN,  YOU OR THE
OWNER OF THE PROPERTY MAY WANT TO CONSULT AN ATTORNEY.

Because of  the execution,  the sheriff  or constable  has
siezed your property and will  deliver it to the Plaintiff or sell
it.

If you believe that the Writ of Execution was issued impro-
perly, or you are entitled to an exemption, DO THE FOLLOWING
IMMEDIATELY. You have a deadline of fifteen (15) days from the
date the Plaintiff mailed or delivered this notice to you.

    1. Check the appropriate box(es) in paragraph one of the
"Request for Hearing."

    2. Sign your name in the space indicated and write the
address where the Court clerk is to notify you of the hearing.

    3. Mail or take the "Request for Hearing" to the Court Clerk
and to the Plaintiff or the Plaintiff's attorney within fifteen
(15) days from the date this notice was mailed or delivered to you.
Keep the second copy of the "Request for Hearing" for your records.
The Court Clerk will set the matter for hearing and notify you.
You have a right to a hearing within ten (10) days from the date
the Court Clerk receives your claim. At the hearing in Court, you
will have to prove that your property is exempt or the Writ of
Execution was not properly issued. You should bring any documents
which may help to prove your claim.

A KNOWINGLY-MADE FALSE STATEMENT ON THE FORM MAY SUBJECT YOU TO
CRIMINAL PENALTIES.

    You may want to consult an attorney for advice or assistance
concerning the hearing. If you do not come to Court at the
designated time and prove that the execution was issued
improperly, or that your property is exempt, you may lose some of
your rights.

    If you do not request a hearing within the time specified
above, but believe that the execution was issued improperly, or
that you are entitled to an exemption, you should consult an
attorney.

    This is a communication from a debt collector. This is an
attempt to collect a debt. Any information obtained will be used
for that purpose.

2