Mark A. Nickel (14082)
J. Tyler Martin (13551)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W South Temple, Suite 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9990
Facsimile: (385) 282-7590
mnickel@grsm.com
tymartin@grsm.com
*Attorneys for Rob Kolkman and Constable Kolkman LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| ELIZABETH HERNANDEZ,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ROB KOLKMAN, CONSTABLE KOLKMANN LLC, and JOHN DOES 1-5,<br><br>　　　　　Defendants. | **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS**<br><br>Case No.: 2:23-cv-00772<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Daphne A. Oberg |

Defendants, Rob Kolkman and Rob Kolkman LLC (collectively "Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7-1(a)(5), hereby move the court for an extension of time for Defendants to file their Response to Plaintiff's Motion for Rule 11 Sanctions (ECF 87). The current deadline for Defendants' Response is September 2, 2025, which has not expired. Good cause exists due to the Memorial Day holiday travel as well as Defendants' counsel managing some unexpected personal family concerns Therefore, Defendants request that it be granted a brief and reasonable extension through September 10, 2025 is

reasonable, and respectfully ask that the Court grant the accompanying proposed Order to that effect, which is attached hereto as Exhibit A (and emailed concurrently to the Court.)

DATED the 2nd day of September 2025.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ J. Tyler Martin*
J. Tyler Martin
*Attorneys for Rob Kolkman and Constable Kolkman LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing

*/s/ J. Tyler Martin*