# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ELIZABETH HERNANDEZ,<br><br>        Plaintiffs,<br><br>v.<br><br>ROB KOLKMAN, CONSTABLE KOLKMANN LLC, and JOHN DOES 1-5,<br><br>        Defendants. | **ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS**<br><br>Case No.: 2:23-cv-00772<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Daphne A. Oberg |

Having considered the Motion for Extension of Time to Respond to Plaintiff's Motion for Rule 11 Sanctions entered on the record on September 2, 2025 [ECF 89], the Opposition thereto [ECF 90], and for good cause appearing, it is HEREBY ORDERED:

Defendants shall have until September 10, 2025, to respond to Plaintiff's Motion for Rule 11 Sanctions.

Dated this 2nd day of September 2025.

                                                                       By the Court:

                                                                       _____
                                                                       Ann Marie McIff Allen
                                                                       United States District Judge