# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| ELIZABETH HERNANDEZ,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ROB KOLKMAN, CONSTABLE KOLKMANN LLC, and JOHN DOES 1-5,<br><br>　　　　　Defendants. | **ORDER ON STIPULATED MOTION FOR EXTENSION OF ONE DAY TO RESPOND TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS**<br><br>Case No.: 2:23-cv-00772<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Daphne A. Oberg |

Pursuant to the Parties' Stipulated Motion for Extension of One Day to Respond to Plaintiff's Motion for Rule 11 Sanctions entered on the record on September 2, 2025 [ECF 89], and for good cause appearing it is HEREBY ORDERED:

Defendants shall have until September 11, 2025, to respond to Plaintiff's Motion for Rule 11 Sanctions.