Mark A. Nickel (14082)
J. Tyler Martin (13551)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W South Temple, Suite 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9990
Facsimile: (385) 282-7590
mnickel@grsm.com
tymartin@grsm.com

*Attorneys for Rob Kolkman and Constable Kolkman LLC*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| ELIZABETH HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>ROB KOLKMAN, CONSTABLE KOLKMANN LLC, and JOHN DOES 1-5,<br><br>Defendants. | **NOTICE OF NO OBJECTION TO PLAINTIFF'S MOTION FOR OVERLENGTH MEMORANDUM**<br><br>Case No.: 2:23-cv-00772<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Daphne A. Oberg |

Defendants, Rob Kolkman and Rob Kolkman LLC (collectively "Defendants"), by and through their counsel of record, hereby provide notice to the court of that they have no objection to Plaintiff's Motion for Overlength Memoranum (Dkt. 91).

DATED the 10th day of September 2025.

                                              **GORDON REES SCULLY MANSUKHANI, LLP**

                                              */s/ J. Tyler Martin*
                                              J. Tyler Martin

                                              *Attorneys for Rob Kolkman and Constable*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing

<u>/s/ Maria Rubi</u>