Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| ELIZABETH HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN, CONSTABLE KOLKMAN LLC, and JOHN DOES 1-5,<br><br>Defendants. | **REQUEST TO SUBMIT**<br><br>*(Hearing Requested)*<br><br>Case Number: 2:23-cv-00772<br><br>Judge: Ann Marie McIff Allen<br>Magistrate Judge: Daphne A. Oberg |

Plaintiff served her Motion for Sanctions on the Defendants by email on July 22, 2025. She then filed her Motion for Sanctions (ECF No. 87) on August 19, 2025. After receiving an extension of time, Defendants filed their opposition (ECF No. 97) on September 11, 2025. Plaintiff then filed her Reply Memorandum on September 16, 2025. Plaintiff requests a hearing. This matter is therefore ripe for decision.

Plaintiff therefore requests this Court to enter a decision on her Motion for Sanctions at its earliest convenience.

DATED 9/16/2025          Eric Stephenson
                         *Attorney for the Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on 9/16/2025 I served the foregoing REQUEST TO SUBMIT to all counsel of record through this Court's electronic filing system.

                                            /s/ Eric Stephenson
                                            *Attorney for Plaintiff*