M. Blake Hill (10941)
J. Tyler Martin (13551)
Ryan L. Anderson (18670)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Suite 1600
Salt Lake City, Utah 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
bhill@grsm.com
tymartin@grsm.com
randerson@grsm.com

*Attorneys for Defendants Constable Kolkman, LLC, and Rob Kolkman*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ELIZABETH HERNANDEZ,<br><br>      Plaintiff,<br><br>v.<br><br>ROB KOLKMAN, CONSTABLE KOLKMANN LLC, and JOHN DOES 1-5,<br><br>      Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS ROB KOLKMAN AND CONSTABLE KOLKMAN, LLC**<br><br>Civil No. 2:23-cv-00772<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Daphne A. Oberg |

Notice is hereby given that M. Blake Hill with the firm of Gordon Rees Scully Mansukhani, LLP will substitute in place of Mark A. Nickel as counsel for Defendants Constable Kolkman, LLC, and Rob Kolkman. J. Tyler Martin and Ryan Anderson remain as counsel of record for Defendants Constable Kolkman, LLC and Rob Kolkman. New undersigned counsel hereby certifies that he will comply with the existing schedule and deadlines.

**DATED** this 16th day of September, 2025.

        **GORDON REES SCULLY MANSUKHANI, LLP**

        */s/ M. Blake Hill*
        M. Blake Hill
        J. Tyler Martin
        Ryan Anderson

        *Attorneys for Defendants Constable Kolkman, LLC, and Rob Kolkman*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September, 2025, a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS ROB KOLKMAN AND CONSTABLE KOLKMAN, LLC** was filed with the Clerk of the Court using an approved electronic filing system, CM/ECF, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.

*/s/ Maria Rubi*