Mark A. Nickel (14082)
Kyle C. Thompson (11242)
J. Tyler Martin (13551)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 West South, Suite 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com
kcthompson@grsm.com
tymartin@grsm.com

*Attorneys for Defendants Constable Kolkman, LLC and Rob Kolkman*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **ELIZABETH HERNANDEZ**, Plaintiff, v. **ROB KOLKMAN, CONSTABLE KOLKMAN LLC, and JOHN DOES 1-5,** Defendants. | **NOTICE OF WITHDRAWAL OF FORMER COUNSEL** Civil No. 2:23-cv-00772 Magistrate Judge Daphne A. Oberg |

Notice is hereby given that M. Blake Hill hs withdrawn as counsel for Defendants Constable Kolkman, LLC and Rob Kolkman in the above-captioned matter, as he is no longer employed at the law firm of Gordon Rees Scully Mansukhani, LLP. Mark A. Nickel, Kyle C. Thompson, and J. Tyler Martin of Gordon Rees Scully Mansukhani, LLP, will continue to serve as counsel of record. At this time, no motion is pending, and no trial date or hearing has been set.

DATED this 30th day of January, 2026.

                **GORDON REES SCULLY MANSUKHANI, LLP**

                */s/ Kyle Thompson*
Kyle C. Thompson
Mark A. Nickel
J. Tyler Martin
*Attorneys for Defendants Constable Kolkman, LLC and Rob Kolkman*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January, 2026, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was filed with the Clerk of the Court using an approved electronic filing system, which sent notification of such filing to all counsel who have entered an appearance in this action.

/s/ Amber Liechty