Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| ELIZABETH HERNANDEZ,<br><br>      Plaintiff,<br><br>vs.<br>ROB KOLKMAN,<br>CONSTABLE KOLKMAN<br>LLC, and JOHN DOES 1-5,<br><br>      Defendants. | **MOTION FOR PRETRIAL CONFERENCE**<br><br>Case Number: 2:23-cv-00772<br>Judge: Ann Marie McIff Allen<br>Magistrate Judge: Daphne A. Oberg |

Plaintiff respectfully requests that the Court schedule a brief remote pretrial conference at its convenience to address pending motions and the scheduling of further proceedings pursuant to Rule 16 of the Federal Rules of Civil Procedure.

Plaintiff's Motion for Summary Judgment was fully briefed as of July 22, 2025, and Plaintiff's Rule 11 Motion was fully briefed as of September 16, 2025. Since that time, there has been no further docket activity. These motions are dispositive or otherwise substantially affect the scope and direction of the case. Plaintiff therefore seeks the Court's guidance regarding their status. This request is made with the utmost respect for the Court's docket and without any intent to burden the Court, but to ensure that the case proceeds in an orderly and efficient manner.

DATED 3/24/2026                          Eric Stephenson
                                              *Attorney for the Plaintiff*

– 2 –

CERTIFICATE OF SERVICE

I hereby certify that on 3/24/2026 I served the foregoing MOTION FOR PRETRIAL CONFERENCE to Defendants' counsel of record through this Court's electronic filing system and on the nonparties counsel through email.

/s/ Eric Stephenson
*Attorney for Plaintiff*