Mark A. Nickel (14082)
Kyle Thompson (11242)
Ryan L. Anderson (18670)
Charles W. Brown, Jr. (19386)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W South Temple, Suite 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9989
mnickel@grsm.com
kcthompson@grsm.com
rlanderson@grsm.com
cbrownjr@grsm.com

*Attorneys for Defendants Constable Kolkman, LLC, and Rob Kolkman*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ELIZABETH HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>ROB KOLKMAN, CONSTABLE KOLKMANN LLC, and JOHN DOES 1-5,<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>Civil No. 2:23-cv-00772<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Daphne A. Oberg |

PLEASE TAKE NOTICE that Charles W. Brown Jr., of the law firm of Gordon Rees Scully Mansukhani, LLP, hereby enters his Notice of Appearance in this matter as additional counsel for Defendants Rob Kolkman and Constable Kolkman, LLC.

Undersigned counsel requests that all future notices and copies of pleadings, papers, and other materials relevant to this action should be directed and served upon him at the captioned contact information.

**DATED** this 21st day of August, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Charles W. Brown Jr.*
Mark A. Nickel
Kyle C. Thompson
Charles W. Brown Jr.

*Attorneys for Defendants Rob Kolkman and Constable Kolkman LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2026, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of the Court and served to all counsel of record through this Court's electronic filing system.

*/s/ Charles W. Brown Jr.*